UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEIL HARRISON,                          :
                                        :    Civil Action No. 10-2294 (RBK)
            Plaintiff,                  :
                                        :
        v.                              :    **ORDER**
                                        :
ATLANTIC (REGION) OFFICE                :
OF THE PUBLIC DEFENDER,                 :
et al.,                                 :
                                        :    **CLOSED**
            Defendants.                 :

   For the reasons expressed in the Opinion filed herewith,

   IT IS on this  4th  day of  October , 2010,

   ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

   ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

   ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Atlantic County Justice Facility; and it is further

   ORDERED that all claims are DISMISSED WITH PREJUDICE; and it is further

   ORDERED that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

   ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action; and it is finally

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge